AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CT

FILED
MAR -4 P 2:29
U. DISTRICT COURT
NEW HAVEN, CT

## EXHIBIT AND WITNESS LIST

SEC v. DiBella, et al.

Case Number: 3:04cv1342 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | L. Cadigan | J. Wade |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Hrg on damages 3/4/08 | I. Sanchez | M. Rucco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 3/4/08 | ✓ | ✓ | Affidavit of Hugh Keefe |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages