# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> WILLIAM A. DiBELLA and NORTH COVE : <br> VENTURES, LLC, : <br> : <br> Defendants. : | CIVIL ACTION NO. <br> 3:04CV1342 (EBB) <br><br><br><br><br><br> JULY 30, 2008 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants, William A. DiBella and North Cove Ventures, LLC, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's June 18, 2008 order denying Defendants' motion for relief from the final judgment.

Respectfully submitted,

DEFENDANTS
William A. DiBella and
North Cove Ventures, LLC

By: _/s/_____
James A. Wade (CT00086)
William J. Kelleher III (CT22140)
Thomas J. Donlon (CT22839)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail:   jwade@rc.com
          wkelleher@rc.com
          tdonlon@rc.com

STAM1-863291-1

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served on all counsel of record via facsimile and first class mail, postage prepaid, on this 30th day of July, 2008 to:

Luke T. Cadigan, Esq.
Daniel O'Connor, Esq.
Senior Trial Counsel
U.S. Securities and Exchange Commission
33 Arch Street, 23rd floor
Boston, MA  02110

Luis de la Torre, Esq.
Senior Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549

John B. Hughes, Esq.
Assistant United States Attorney
U.S. Attorney's Office
District of Connecticut
157 Church Street, 23rd floor
New Haven, CT  06510

_____
William J. Kelleher III